# UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

MERRILL W. ANDREWS,

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

UNITED STATES OF AMERICA,    Case Number: 09-1109-JTM

Respondent.

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed July 29, 2009, that the defendant's Motion to Transfer (Dkt. No. 87) and Motion to Vacate (Dkt. No. 81) are denied. The government's Motion to Dismiss (Dkt. No. 86) is granted.

TIMOTHY M. O'BRIEN, Clerk of Court

July 29, 2009
Date

By   s/S. Smith
Deputy Clerk